# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

FILED

AUG 2 5 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

David Wynter )
)
)
Plaintiff )
)
)
vs. )  Case Number: 13-CV-1518
)
Susan K. Prentice, *Lieutenant at Pontiac Correctional Center* )
Helen R. Hamilton, *Lt. Adjustment Committee Chairperson* )
Angelica Joyner, *C/O Adjustment Committee Member at Pontiac Correctional Center* )
Pat Hasting, *Grievance Officer* )
Terri Anderson, *Administrative Review Board Member* )
)
)
Defendants )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Merit Review Order entered on 12/05/2013, Defendants Prentice, Hasting and Anderson were dismissed for failure to state a claim upon which relief can be granted pursuant to §1915A. **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is granted pursuant to Fed. R.Civ. P. 56 [28]. Judgment is entered in favor of remaining Defendants and against Plaintiff. This case is terminated, with the parties to bear their own costs.

Dated: 8/25/2015

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court